UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CANDICE HINTON, et al. § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 4:18–cv–00912 |
| § | |
| ED GONZALEZ, et al. § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTING

    A Motion Hearing has been set in this matter for 09:30 AM on 10/6/2020. The hearing will be conducted using the ZoomGov.com videoconferencing program.

    Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
https://www.zoomgov.com/j/1601294199?pwd=dk5pTG4yTWZUbFBJdnhVVml1WXVoQT09
Meeting ID: 160 129 4199
Passcode: 118359

    Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 10/2/2020                                 Gabrielle Clair
                                                                         cm4147@txs.uscourts.gov
                                                                         Case Manager to
                                                                         U.S. District Judge George C. Hanks, Jr.